# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 10/21/20  Time: 11:00 a.m.

Defendant: Derma Laser Center, LLC  J#: _____  Case #: 20-60109-Cr-Smith

AUSA: Robin Waugh ( C. Wood - Duty)  Attorney: Lawrence a. Hashish, Esq

Violation: Adulteration/Misbranding Food/Drugs

Proceeding: Initial Appearance  CJA Appt: _____

Bond/PTD Held: ○ Yes ○ No  Recommended Bond: $100,000-PSB

Bond Set at: _____  Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in perso
- [ ] Random urine testing by Pretrial Services _____
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear to all hearings and commit no new crimes.

Language: English

Disposition:
All parties present. Deft consented to proceed by zoom. Deft waived it's right to appear in open court.

Deft orally waived the indictment.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE  Date: ___  Time: ___  Judge: ___  Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

Check if Applicable: [ ] The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through th rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justic served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 13:31:13  Time in Court: 15 mins

Page: _____